TO: State Bar
P.O. BOX 12308
Austin, Texas 78714

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 18 2015
Abel Acosta, Clerk

December 11
2015
56, 342-12,13,14

FROM: Ricky Dale Elliott 782541
3899 State highway 98
Telford mens Unit
New Boston, Texas 75570

Re: In the 354th court I took up with former sheriff R. Wilson the trust masters form. A professional job was done notifying the court that they could not notify me of a travel date.

In the brief 56,342-12 of cause 3190A-2015, D.a. Vittao of Rains county took up my cause-content unknown. In the same brief the

court rejected it in Austin due to the fact that the brief exceeded two pages per ground. The same is true of B190B-2015.

On brief B190C-2015 I was forced into demeanor. And, was time barred. Please inquire.

CC Board of Law Examiners
Appt. by the supreme court of TEXAS
P.O. BOX 13486
Austin, Texas
78711-3486